# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2007

133780 & (71)

WACHOVIA BANK, N.A., as Trustee
(BAYVIEW),
       Plaintiff-Appellee,

v

GREGORY MOORE,
       Defendant/Cross-Defendant-
       Appellee,
and

SILVIO SAVO and SANDRA SAVO,
       Defendants/Cross-Plaintiffs-
       Appellants,
and

FREEMONT INVESTMENT & LOAN and
DEUTSCHE BANK SECURITIES, INC.,
       Defendants-Appellants.

_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC    133780
CoA  270784
Wayne CC 04-403217-CH

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2007

_____
Clerk